IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLA COUSIN, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 1:16-cv-01348-RWS-LTW |
| § | |
| PROCOLLECT, INC., § | |
| § | |
| *Defendant*. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Carla Cousin stipulates, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

AGREED AS TO FORM AND CONTENT:

By: __/s/ Paul J. Sieg_____
    PAUL SIEG
    STATE BAR NO. 334182

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, Georgia 30324
(404) 235-3305 – Telephone
(404) 235-3333 – Telecopy
psieg@mattberry.com

ATTORNEYS FOR PLAINTIFF
CARLA COUSIN